# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 23, 2025

## NO. 03-25-00216-CV

**Pecan Street Owners Association, a Texas Non-Profit Corporation; and Shawn Cirkiel, an Individual, Appellants**

**v.**

**Mala Vida, LLC, a Texas Limited Liability Company, and Gabriela Bucio, an Individual, Appellees**

---

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REMANDED – OPINION BY JUSTICE CRUMP**

---

This is an appeal from the denial by operation of law of appellants' motion to dismiss filed under the Texas Citizens Participation Act. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the denial by operation of law of appellants' motion as to appellees' claims against Shawn Cirkiel, and we render judgment granting appellants' motion to dismiss as to appellees' claims against Cirkiel and remand the case to the trial court for further proceedings on attorneys' fees and costs to which Cirkiel is entitled. We affirm the trial court's refusal to dismiss the remainder of appellees' claims. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.